# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jaime DIAZ<br>YOB: 1967   COC: United States<br>Clarivel DIAZ<br>YOB:1991   COC:United States<br><br>*Defendant(s)* | Case No.   7:22-mj-1056<br><br>United States Courts<br>Southern District of Texas<br>FILED<br><br>*May 29, 2022*<br><br>Nathan Ochsner, Clerk of Court |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 28, 2022__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.SC. Section 1324(a)(1)(A)(v)(I)(II) and (a)(1)(A)(ii) | knowing or in reckless disregard of the fact that aliens have come to, entered, or remain in the United States in violation of law, transports, or moves or attempts to transport or move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law and conspired to bring alien to the United States disregarding any official action which may later be taken to such alien |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

/s/Lorenzo Botello CBP Enforcement Officer
*Complainant's signature*

Lorenzo Botello CBP Enforcement Officer
*Printed name and title*

Approved by: AUSA Micheal Mitchell
**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:**

Date: 05/29/2022 @ 1:39 p.m.

*Judge's signature*

City and state: McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

Attachment A

On May 28, 2022, the defendants, Jaime DIAZ, a United States citizen, and daughter Clarivel DIAZ, a United States citizen, attempted to illegally bring into the United States through the Progreso, Texas Port of Entry, minors N.M.M.B. (age 9) and D.M.M.B. (age 11). Both minors are Mexican citizens with no legal status to enter or remain in the United States. At vehicle primary, Customs and Border Protection Officers (CBPOs) encountered Jaime Diaz as the driver of the vehicle and Clarivel DIAZ as the front passenger. The back passengers were minors N.M.M.B. and D.M.M.B. Jaime DIAZ stated that they went to Nuevo Progreso, Mexico to look for some medication and were in route back home to San Juan, Texas. Defendant Jaime DIAZ presented his United States Passport Card, Texas identification card for defendant Clarivel DIAZ, and State of Georgia Birth Certificates for granddaughters as their entry documents. While conducting a primary inspection, CBPO noticed one back passenger was pretending to be asleep and opened the door to asked her about the school she attend.  Clarivel DIAZ interrupted the CBPO and advised that her daughter does not speak English because her father has custody and only speaks Spanish. Clarivel DIAZ told the CBPO that her daughter was getting nervous because CBPO was asking a lot of questions. CBPO escorted the vehicle to secondary for further status on minor children.

During secondary interview, minor child D.M.M.B. admitted that her and her sister N.M.M.B. are Mexican citizens and the person traveling with them was not their mother nor grandfather. D.M.M.B. stated that the adults they were traveling with picked them up in a city called Lucio Blanco, Mexico. CBPO determined that the State of Georgia Birth Certificates did not belong to either of the minors transported by the Defendants.

In secondary, defendant Jaime DIAZ was read his rights in English, waived those rights, and voluntarily provided a statement. Defendant Jaime DIAZ stated that his daughter Clarivel DIAZ contacted him via telephone to pick her and her daughters up in Nuevo Progreso, Mexico and take them home to San Juan, Texas. Defendant Jaime DIAZ claimed that the two minors he was traveling with were his daughter's Clarivel DIAZ children, which are his granddaughters.

Defendant Clarivel DIAZ was read her rights in English and stated that she was not providing a statement.

D.M.M.B and N.M.M.B biological father Servando Alberto MARTINEZ-HERRERA arrived at the Progreso, Texas port of entry and voluntarily provided a statement.  Servando Alberto MARTINEZ-HERRERA stated his daughter's biological mother had contacted him about two days ago and told him that someone was going to pick their daughters up and bring them to the United States. Servando Alberto MARTINEZ-HERRERA gave his daughters to a male and female driving a sand color Chevy truck at a pharmacy in Lucio Blanco, Mexico.

The children were returned to Mexico with their biological father.